**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 23, 2015

Don Davidson
803 Forest Ridge Dr., Ste. 203
Bedford, TX 76022-7258
* DELIVERED VIA E-MAIL *

Sharon Johnson
Assistant District Attorney
401 W. Belknap St.
Tim Curry Criminal Justice Center
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-14-00070-CR, 07-14-00071-CR
Trial Court Case Numbers: 1342591R, 1342592R

**Style:** Byron Tyrone Cole v. The State of Texas

Dear Counsel:

Pursuant to TEX. R. APP. P. 39.1, the above styled and numbered causes will be submitted without oral argument on Monday, March 16, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK